# EXHIBIT 1

# EXHIBIT 1

Free Marketing on Yelp - Get free tools to promote your business and track performance - From Yelp.com

**Thomas Wahl**
Owner, Ozean Group
Ontario, Canada | Online Media



| | |
|---|---|
| **Current** | • President & CEO at Nevistas SC |
| **Recommendations** | 1 person has recommended Thomas |
| **Connections** | 28 connections |
| **Websites** | • My Company<br>• My Company |
| **Public Profile** | http://ca.linkedin.com/pub/thomas-wahl/1/751/6 |

Expanded profile views are available only to premium account holders. **Upgrade your account.**

## Contact Settings

**Interested In**
- new ventures
- business deals
- getting back in touch
- expertise requests
- reference requests

**Send a message to Thomas Wahl**
Send InMail

# EXHIBIT 2

# EXHIBIT 2

## reviewjournal.com



Powered by Clickability

Feb. 09, 2010
Copyright © Las Vegas Review-Journal

CORRECTION ON 02/10/10 -- A story on page 1A of Tuesday's Review-Journal contained incorrect information. The Golf Club at SouthShore remains open at Lake Las Vegas.

# Shutting down the Ritz

## Company to close hotel at Lake Las Vegas

By JOHN G. EDWARDS
LAS VEGAS REVIEW-JOURNAL

The Ritz-Carlton Lake Las Vegas, a five-diamond hotel at the troubled resort community in Henderson, told its 340 employees Monday that it will close on May 2.

Transcontinental Corp. opened the 349-room hotel in 2003, but Deutsche Bank took over ownership of the property last year through an affiliated company called Village Hospitality and decided to stop funding the resort.

"The unprecedented economic downturn has had a significant impact on the hotel's operations. As a result, Village Hospitality LLC concluded that continuing to fund operations was no longer economically viable and consequently decided to close the hotel effective May 2, 2010," Assistant Vice President Scott Helfman said in a statement.

"The entire Las Vegas region has been financially impacted, probably more than any other region in the United States," said Vivian Deuschl, corporate vice president of Ritz-Carlton, which operates the hotel.

She pointed to a decline in individual visitors and an even bigger drop in group business.

"It's not a reflection on the hotel," Deuschl said.

The Ritz-Carlton is one of eight Southern Nevada hotels with AAA's highest five-diamond rating for 2010.

The workers have excelled in their work, she said. "This is a very sad day for them. It's a sad day for all of us."

The hotel has two restaurants and a spa, but two of the golf courses at Lake Las Vegas have been shut down during the luxury community's Chapter 11 bankruptcy proceedings.

A local developer, who spoke on condition of anonymity, said he was offered an opportunity to buy the Ritz-Carlton for $20 million but summarily rejected it.

The Ritz-Carlton Lake Las Vegas filed for reorganization in 2008 to avoid foreclosure.

The closing of the Ritz-Carlton is the latest in a string of troubles for the 3,600-acre resort community, which is built around a 340-acre man-made lake.

Actor J. Carlton Adair acquired the land and rights to 10,000 acre-feet of water in a transaction with the federal government in 1966.

Transcontinental Corp., which is owned by Ron Boeddeker, began development on the land in the 1990s. Other investors included Sid and Lee Bass, the billionaire Texas brothers.

Critics said the project was ill-conceived in part because of its location 14 miles from the Strip.

The community has a second hotel, the 493-room Loews Lake Las Vegas, which is still operating, but Lake Las Vegas has no grocery store. The nearest schools are in a working-class neighborhood of Henderson. The only gambling at the community is at the Casino MonteLago.

Singer Celine Dion and her husband, Rene Angelil, bought a home on the lake shore for $1.2 million in 2002.

In 2004, the community owners pulled $470 million from Lake Las Vegas, representing a large portion of money borrowed from a group that included Credit Suisse.

In January 2008, the previous owners turned over the project to a group led by Frederick Chin. In July of that year, the new owners filed for Chapter 11 bankruptcy. Bankruptcy Judge Linda Riegle approved a post-bankruptcy loan from Credit Suisse, Goldman Sachs Asset Management, Lehman Bros., Guggenheim, Hartford Insurance and others so that Lake Las Vegas could continue operations.

At one point, a bankruptcy attorney said he feared the 7-foot-diameter drainage pipe that runs underneath the lake could rupture and turn the lake into a smelly, mosquito-ridden swamp. Repairs were made to the drainage structure during the bankruptcy proceedings.

Riegle is scheduled to hold a hearing on Feb. 16 to discuss a document that outlines the plan of reorganization for Lake Las Vegas. Creditors will vote on the plan, and the judge will hold a second hearing on April 13.

Ritz-Carlton Hotel Co. is a separate division of Marriott International.

Employees at the Lake Las Vegas hotel were told of the closing Monday. Hotel officials said they will try to place all of the resort's workers at other Marriott hotels or other local properties.

Contact reporter John G. Edwards at jedwards@reviewjournal.com or 702-383-0420.

**Find this article at:**
http://www.lvrj.com/news/ritz-carlton-lake-las-vegas-shutting-down-may-2-83841752.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 3

# EXHIBIT 3

Login | Register

Search News [Go]

**Hotel News Resource**

*Advertisement*
Get Financing for your Hotel Project

HOME | REGIONAL | DEVELOPMENT | ENVIRONMENT | FEATURES | FINANCIAL | INTERNET | MARKETING | OPENINGS | TECH | TRENDS | MORE | VIDEOS | RESOURCES | RESERVATIONS

**Services**
- Post Release
- Receive Content
- News Alerts
- Hotel Industry Monitor
- Saved Articles
- Advertising
- iPhone
- Handheld
- XML/RSS
- NEV Score?
- Media Kit

**Ads by Nevistas**
- Automated Revenue & Channel Management
- Hospitality Management
- Hotel Loans
- Hotel Marketing
- HotelsCombined.com
- Online Hotel Merchandising
- Factory Direct Linens
- Food&HotelAsia2010, 20 - 23 Apr 2010!
- Hospitality Marketing
- Hotel Internet Marketing Experts - VIZERGY
- Lodging Interactive
- Online Channel Management
- SHOWTIME

Tripware - have a great trip.

**POPULAR SEARCHES**
- Hotel Management
- Hotel Marketing Ideas
- Hotel Statistics
- Hotel Training

**Recent Comments**
- Hotel Pankaj
- Slow and steady wins the race
- Starwood Sells Two Luxury W Hotels in Manhattan
- Hotels Opening Early/Mid 2010 and Hotels Opened January 2009 to Present

More News Tagged | Development | Ritz-Carlton

## Shutting down the Ritz - Company to close hotel at Lake Las Vegas
2010-02-10

SHARE | Send | PDF | Print | Bookmark | Go Back | Text Size:

The Ritz-Carlton Lake Las Vegas, a five-diamond hotel at the troubled resort community in Henderson, told its 340 employees Monday that it will close on May 2.

Transcontinental Corp. opened the 349-room hotel in 2003, but Deutsche Bank took over ownership of the property last year through an affiliated company called Village Hospitality and decided to stop funding the resort.

"The unprecedented economic downturn has had a significant impact on the hotel's operations. As a result, Village Hospitality LLC concluded that continuing to fund operations was no longer economically viable and consequently decided to close the hotel effective May 2, 2010," Assistant Vice President Scott Helfman said in a statement.

"The entire Las Vegas region has been financially impacted, probably more than any other region in the United States," said Vivian Deuschl, corporate vice president of Ritz-Carlton, which operates the hotel.

She pointed to a decline in individual visitors and an even bigger drop in group business.

"It's not a reflection on the hotel," Deuschl said.

The Ritz-Carlton is one of eight Southern Nevada hotels with AAA's highest five-diamond rating for 2010.

The workers have excelled in their work, she said. "This is a very sad day for them. It's a sad day for all of us."

The hotel has two restaurants and a spa, but two of the golf courses at Lake Las Vegas have been shut down during the luxury community's Chapter 11 bankruptcy proceedings.

A local developer, who spoke on condition of anonymity, said he was offered an opportunity to buy the Ritz-Carlton for $20 million but summarily rejected it.

The Ritz-Carlton Lake Las Vegas filed for reorganization in 2008 to avoid foreclosure.

External Source - For the complete article click here.

*Source - Las Vegas Review-Journal*

SHARE | Send | PDF | Print | Bookmark | Go Back | Text Size:

Recommend    Drop    ev Score  2987

**Reader Comments:**

Be the first to leave a comment for this article

**More Ritz-Carlton News**
- The Ritz-Carlton, Los Angeles Opens
- Ritz-Carlton Announces Plans for First Property in Israel
- The Ritz-Carlton, Charlotte Opens Thursday, October 1, 2009
- The Ritz-Carlton, Charlotte to Begin Accepting Reservations on July 24 for October 1, 2009 Opening
- Ritz-Carlton Veteran, François J. Cnockaert Appointed General Manager of The Ritz-Carlton, Tokyo

**Related Hotel Industry Development News**
- Innovative, Art-Themed Hotel Matilda Opening Sept. 2010 In San Miguel De Allende
- Starwood Hotels & Resorts Marks a Milestone in the Middle East with Plans to Debut Second St. Regis Hotel in Abu Dhabi
- Starwood Hotels Completes Sale of W New York - The Court and W New York - The Tuscany for $78 Million
- Lodging Econometrics Creates New Programs to Bolster Hotel Acquisition Initiatives
- ECOTEL Version 2.0 - Reaching Out - By Shamsher Singh Mann and Deepika Thadani

Targeted Industry News To Your Inbox
- The latest in hotel news.
- Follow key competitors every move.
- Essential for analysts and professionals.

Sign up for FREE now

Advertise Here













Case 2:10-cv-00798-JCM-RJJ Document 1-1 Filed 05/27/10 Page 9 of 14




# EXHIBIT 4

# EXHIBIT 4

```
Type of Work:        Text

Registration Number / Date:
                     TX0007138816 / 2010-04-30

Application Title: Shutting down the Ritz.

Title:               Shutting down the Ritz.

Description:         Electronic file (eService)

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:  2010

Date of Publication:
                     2010-02-09

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                        Avenue, Suite 210, Las Vegas, NV, 89129-7701, United
                        States, (702) 527-5900, dbrownell@righthaven.com

Copyright Note:      C.O. correspondence.
                     Regarding deposit: Special relief granted under 37 CFR
                        202.20(d).

Names:               Stephens Media LLC
                     Righthaven LLC
===============================================================================
```