# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RIGHTHAVEN LLC,

    Plaintiff,

v.

OZEAN GROUP, et al.,

    Defendants.

2:10-CV-798 JCM (RJJ)

# ORDER

Presently before the court is the case of *Righthaven LLC v. Ozean Group* (2:10-cv-00798-JCM-RJJ).

On July 18, 2012, pursuant to Local Rule 41-1, the clerk of the court informed plaintiff that, if no action was taken in this case within thirty (30) days, the court would dismiss the case for want of prosecution. (Doc. # 17). To date, plaintiff having taken no further action to prosecute this case,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Righthaven LLC v. Ozean Group* (2:10-cv-00798-JCM-RJJ) be, and the same hereby is, DISMISSED without prejudice.

DATED August 23, 2012.

                                            UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**